No. 74–6081. TESTAMARK v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–6130. WOODEN v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–6132. OWENS v. GARRISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 74–6139. LIVINGSTON v. CIVIL SERVICE COMMISSION OF THE CITY OF TUCSON ET AL. Ct. App. Ariz. Certiorari denied.

No. 74–6157. WICKS v. GRAY, PRISON SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 74–6165. JOHNSON v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 74–6170. JUNCO v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–6173. ZANDERS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 74–6174. BUSSEY v. OKLAHOMA CITY, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–6179. GUNTER v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 74–6183. LEMASTER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.